| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 3 | JAMES A. SCHARF (CSBN 152171)<br>Assistant United States Attorney |

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5044
FAX: (408) 535-5081
James.Scharf@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

HOWARD THOMAS AND SHIRLEY THOMAS,

    Plaintiffs,

v.

UNITED STATES OF AMERICA, et al,

    Defendants.

Case No. C 10-00001 JF

**E-FILING CASE**

STIPULATION AND [PROPOSED] ORDER TO TRANSFER CASE TO SOUTHERN DISTRICT OF CALIFORNIA

Whereas, this action arises under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. Sections 2671, et seq.

Whereas, actions under the FTCA may be prosecuted either where the plaintiff resides or where the act or omission occurred. 28 U.S.C. Section 1402(b); see *Del Raso v. United States*, 244 F.3d 567, 570 fn.1 (7th Cir. 2001).

Whereas, plaintiffs reside in the Southern District of California.

Whereas, the acts and omissions alleged in the Complaint occurred at the United States Penitentiary in Atwater, California, which is located in the Eastern District of California.

Whereas, venue lies in either the Southern District of California or the Eastern District of California and not in the Northern District of California, where this case is currently pending.

STIPULATION AND PROPOSED ORDER TO TRANSFER
Case No. C 10-00001 JF          -1-

Whereas, defendant USA appears specially for the sole and limited purpose of objecting to venue and entering into this stipulation.

Therefore, the parties stipulate, through counsel, that this action be transferred to the United States District Court for the Southern District of California.

Respectfully submitted,

DATED: March 8, 2010            JOSEPH P. RUSSONIELLO
                                United States Attorney

                                By:_____/S/_____

                                JAMES A. SCHARF
                                Assistant United States Attorney

DATED: March 8, 2010            MILLER & JAMES, LLP

                                By:_____/S/_____

                                Patricia I. James, Attorneys for Plaintiffs

Pursuant to the stipulation of the parties, and good cause appearing, it is hereby ordered that this action be transferred to the United States District Court for the Southern District of California.

IT IS SO ORDERED.

DATED: March 10, 2010           _____
                                Hon. Jeremy Fogel D. Fogel
                                United States District Court Judge
                                Northern District of California

STIPULATION AND PROPOSED ORDER TO TRANSFER
Case No. C 10-00001 JF                    -2-